UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff<br><br>v.<br><br>RESEARCH, DEVELOPMENT AND TECHNICAL EMPLOYEES UNION,<br><br>    Defendant | Civ. No. 12-11315 |

**ASSENTED-TO MOTION FOR LEAVE TO FILE ANSWER**

The Defendant, Research, Development and Technical Employees Union ("RDTEU") hereby moves for leave to file its Answer in this matter late. There is good cause to grant this Motion, as RDTEU needed the time to secure counsel in this matter, as RDTEU has meritorious defenses to the Plaintiff MIT's claims in this matter, and as no party will be prejudiced by the approximately three-week delay in filing. Counsel for the Plaintiff, MIT, has assented to RDTEU filing its Answer by today, September 14, 2012.

WHEREFORE, RDTEU respectfully requests that the Court grant it leave to file its Answer.

        Respectfully submitted

        Research, Development, and Technical Employees Union

        By its attorneys,

        /s/ Mark A. Hickernell
        Mark A. Hickernell
        BBO No. 638005
        McDonald, Lamond, Canzoneri and Hickernell
        153 Cordaville Road, Suite 320
        Southborough, MA 01772
        (508) 485-6600
        mhickernell@masslaborlawyers.com

Dated:  September 14, 2012

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States District, District of Massachusetts by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        /s/ Mark A. Hickernell