UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>               Plaintiff,<br><br>vs.<br><br>RESEARCH, DEVELOPMENT AND TECHNICAL EMPLOYEES UNION,<br>               Defendant. | Civil Action No. 1:12-cv-11315 |

## JOINT SCHEDULING STATEMENT

Pursuant to this Court's September 18, 2012 Notice of Scheduling Conference, as modified by this Court's electronic order filed on October 31, 2012, and in accordance with Fed. R. Civ. P. 16 (b) and Local Rule 16.1, counsel for Plaintiff Massachusetts Institute of Technology ("MIT") and Defendant Research, Development and Technical Employees Union ("RDTEU") hereby submit the following Joint Case Management Statement, which addresses (1) a proposed pretrial schedule (including a plan for initial disclosures, discovery, filing of motions); and (2) certifications required by Local Rule 16.1(D)(3).

### I. Proposed Pretrial Schedule

#### A. Initial Disclosures

The parties will exchange initial disclosures by November 30, 2012.

#### B. Discovery Plan

The parties are unable to reach agreement on a proposed plan for discovery.

**MIT's position** is that no discovery is needed in this matter, and that the matter may be addressed on a motion for judgment on the pleadings.

1

**RDTEU's position** is that some discovery is needed in this matter, and that discovery should close on February 1, 2013.

### C. Motion Schedule

Per the Court's October 31, 2011 electronic order, dispositive motions will be filed no later than 3 months prior to the month of trial.

## II. Certifications By Counsel and Parties

Pursuant to Local Rule 16.1(D)(3), certification from parties' respective counsel and authorized representatives will be filed separately by each party.

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY**
By its attorneys,

/s/ *Scott A. Roberts*
Scott A. Roberts, BBO No. 550732
    sroberts@hrwlawyers.com
Kristy L. Avino, BBO No. 658698
    kavino@hrwlawyers.com
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, Massachusetts 02108
Phone:  (617) 348-4300
Fax:  (617) 348-4343

**RESEARCH, DEVELOPMENT AND TECHNICAL EMPLOYEES UNION**
By its attorneys,

/s/ *Mark A. Hickernell*
Mark A. Hickernell, BBO No. 638005
McDonald, Lamond, Canzoneri and Hickernell
153 Cordaville Road, Suite 320
Southborough, MA 01772
(508) 485-6600
mhickernell@masslaborlawyers.com

November 14, 2012

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via U.S. Mail on November 14, 2012.

                                        */s/ Scott A. Roberts*

                                        Scott A. Roberts