UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>          Plaintiff,<br><br>vs.<br><br>RESEARCH, DEVELOPMENT AND TECHNICAL EMPLOYEES UNION,<br>          Defendant. | Civil Action No. 1:12-cv-11315 |

**PLAINTIFF'S REQUEST FOR A CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rule 16.3(C), plaintiff Massachusetts Institute of Technology ("MIT") hereby requests a Case Management Conference to address the current status of this case, including this Court's willingness to issue a ruling as to whether MIT's decision to deny an employee access to a nuclear reactor on MIT's campus is arbitrable under MIT's collective bargaining agreement with the defendant Union. As described in the accompanying Status Report filed herewith, this Court previously elected to "stay its hand" in ruling on the arbitrablity issue and to allow an arbitrator to rule on the issue. The Arbitrator has now issued his ruling and concluded that the access issue is "substantively arbitrable," a decision that MIT submits is wrong as matter of law. See, generally, Status Report.

This Court has the authority to enter a declaratory judgment on the issue of aribitrability and the duty to interpret the parties' collective bargaining agreement. *See Granite Rock Co. v. International Broth. of Teamsters*, 130 S.Ct. 2847, 2858 (2010) ("[E]xcept where the parties clearly and unmistakably provide otherwise, it is *the court's duty* to interpret the agreement and to determine whether the parties intended to arbitrate grievances concerning a particular matter")(emphasis added, internal citation and quotation marks omitted). MIT respectfully

1

requests a status conference with this Court to discuss whether it would be willing to exercise that power *before* MIT is compelled to arbitrate an issue that implicates very serious safety issues.[1]

                Respectfully submitted,

                **MASSACHUSETTS INSTITUTE OF TECHNOLOGY**

                By its attorney,

                /s/ *Scott A. Roberts*
                Scott A. Roberts, BBO No. 550732
                   sroberts@hrwlawyers.com
                Hirsch Roberts Weinstein LLP
                24 Federal Street, 12th Floor
                Boston, Massachusetts 02108
                Phone:  (617) 348-4300
                Fax:  (617) 348-4343

Dated: May 3, 2013

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by U.S. Mail on May 3, 2013.

                /s/ *Scott A. Roberts*
                Scott A. Roberts

---

[1] At this point, the Arbitrator is proposing to conduct the arbitration, including the access issue, this summer.

135256.1