UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>　　　　Plaintiff,<br><br>vs.<br><br>RESEARCH, DEVELOPMENT AND TECHNICAL EMPLOYEES UNION,<br>　　　　Defendant. | Civil Action No. 1:12-cv-11315 |

## NOTICE OF WITHDRAWAL OF KRISTY L. AVINO

Kristy L. Avino hereby files her Notice of Withdrawal as counsel for the plaintiff in the above-captioned matter.  Scott A. Roberts will continue to represent the plaintiff in this action.

　　　　　　　　　　　　　　　　　　/s/ Kristy L. Avino
　　　　　　　　　　　　　　　　　　Kristy L. Avino, Esq.
　　　　　　　　　　　　　　　　　　　(BBO# 658698)
　　　　　　　　　　　　　　　　　　　kavino@hrwlawyers.com
　　　　　　　　　　　　　　　　　　Hirsch Roberts Weinstein LLP
　　　　　　　　　　　　　　　　　　24 Federal Street, 12th Floor
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　Telephone (617) 348-4300
July 24, 2013　　　　　　　　　　　　Facsimile (617) 348-4343

CERTIFICATE OF SERVICE

　　I hereby certify that this document, filed through the Electronic Case Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 24, 2013.

　　　　　　　　　　　　　　　　　　/s/ Kristy L. Avino
　　　　　　　　　　　　　　　　　　Kristy L. Avino